**Order entered December 15, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01367-CR

### DONALD NOLAN LEHMAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F18-76726-Y**

### ORDER

Before the Court is appellant's November 24, 2020 final motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief, received on December 10, 2020, filed as of the date of this order. 2020. The State's brief is due **January 15, 2021**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE